# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 14-23618-JAD |
| | : | |
| John J. Malezi, | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W. Willis, Esquire, of the law firm Willis & Associates, certify under penalty of perjury that I served a true and correct copy of the Order dated **July 13, 2016**, together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**DUQUESNE CLUB**
**325 Sixth Avenue**
**Pittsburgh, PA 15222**
**Attention: Payroll Administrator**

**John J. Malezi**
**913 Woodbourne Avenue**
**Pittsburgh, PA 15226**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: July 14, 2016

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com
Attorney for Debtors