**DEFAULT O/E JAD**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 14-23618-JAD |
| | ) | |
| JOHN J. MALEZI | ) | Related to Document No. 92 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A. | ) | |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Wednesday, September 7, 2016 |
| | ) | 10:00 a.m. |
| JOHN J. MALEZI | ) | |
| Respondent | ) | |
| and | ) | |
| RONDA J. WINNECOUR | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this 11th day of August, 2016, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the automatic stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2006 CADILLAC CTS-V6 Sedan 4D 3.6L, V.I.N. 1G6DP577960109534) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

8-11-2016

Hon. Jeffery A. Deller
CHIEF U.S. BANKRUPTCY JUDGE

**CASE ADMINISTRATOR SHALL SERVE:**
Laurence A. Mester, Esquire
John J. Malezi
Lawrence W. Willis, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
8/11/16 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John J. Malezi
     Debtor

Case No. 14-23618-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Aug 11, 2016
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2016.
db           +John J. Malezi,    913 Woodbourne Ave,    Pittsburgh, PA 15226-2107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
         Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
         Lawrence W. Willis    on behalf of Debtor John J. Malezi help@urfreshstrt.com, urfreshstrt@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                 TOTAL: 6