**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **John J. Malezi** | : | Case No.: 1423618 |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Jeffery A. Deller** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Karina Velter enters her appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                       Respectfully submitted,

                                       /s/ Karina Velter
                                       Karina Velter, Esquire (94781)
                                       Adam B. Hall (323867)
                                       Sarah E. Barngrover (323972)
                                       Edward H. Cahill (0088985)
                                       Manley Deas Kochalski LLC
                                       P.O. Box 165028
                                       Columbus, OH  43216-5028
                                       Telephone: 614-220-5611
                                       Fax: 614-627-8181
                                       Attorneys for Creditor
                                       The case attorney for this file is Karina Velter.
                                       Contact email is kvelter@manleydeas.com

19-011380_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| John J. Malezi | : | Case No.: 1423618 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Jeffery A. Deller |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 2, 2019.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Lawrence W. Willis, Attorney for John J. Malezi, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235, ecf@westernpabankruptcy.com

Service by First-Class Mail:
John J. Malezi, 913 Woodbourne Ave, Pittsburgh, PA 15226

John J. Malezi, 913 Woodbourne Avenu, Pittsburgh, PA 15226

EXECUTED ON: April 2, 2019

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

19-011380_PS