**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN J. MALEZI<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>JOHN J. MALEZI<br><br><br>　　Respondents | Case No. 14-23618JAD<br><br>Chapter 13<br><br>FILED<br>10/7/19 2:30 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Document No. 114 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  7th  day of  October , 20 19 , it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　　　　　Duquesne Club
　　　　　　　　　Attn: Payroll Manager
　　　　　　　　　　　325 6Th Ave
　　　　　　　　　Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of JOHN J. MALEZI, social security number XXX-XX-9282. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOHN J. MALEZI.

FURTHER ORDERED:  n/a

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John J. Malezi  
     Debtor

Case No. 14-23618-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 1      Date Rcvd: Oct 07, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.  
db         +John J. Malezi,   913 Woodbourne Ave,   Pittsburgh, PA 15226-2107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com  
        James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
        Karina  Velter    on behalf of Creditor    PNC BANK N.A. amps@manleydeas.com  
        Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,  
          jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
        Lawrence W. Willis    on behalf of Debtor John J. Malezi ecf@westernpabankruptcy.com,  
          urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                       TOTAL: 8