LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: John J. Malezi,** | : | Chapter 13 |
| | : | |
| **Movant** | : | **Bankruptcy No. 14-23618-JAD** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 118 |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **November 13, 2019 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents **John J. Malezi**.
2. This is (check one)
   __X__  a final application
   _____  an interim application
   for the period September 4, 2014 to October 16, 2019
3. Previous retainer paid to Applicant: $500.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $1,000.00.
   Reimbursement of Expenses of $ N/A .
6. A hearing on the Application will be held in Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at 10:00 a.m., on November 13, 2019.
7. Any written objections must be filed with the Court and served on the Applicant on or before November 4, 2019 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: October 16, 2019

Attorney for Movant/Applicant:

/s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721

Fax: 412.542.1704Email: lawrencew@urfreshstrt.com
Attorney for Debtors