**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number  14-23618-JAD |
| | : | |
| John J. Malezi, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| John J. Malezi, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 21, 2019 at docket number 108, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 29, 2020

By:   /s/ Lawrence Willis
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
Email: lawrencew@urfreshstrt.com
Attorney for Debtors

**PAWB Local Form 24 (07/13)**