Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John J. Malezi**
Debtor(s)

Bankruptcy Case No.: 14−23618−JAD

Chapter: 13
Docket No.: 129 − 126

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/6/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/18/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/6/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23618-JAD
John J. Malezi                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jfur              Page 1 of 2               Date Rcvd: Jan 30, 2020
                            Form ID: 408            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
```
db           +John J. Malezi,   913 Woodbourne Ave,    Pittsburgh, PA 15226-2107
cr           +PNC BANK N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13917708      Kay Jewelers,   175 Grant Rd,    Akron, OH 44333
13951168     +MIDFIRST BANK,   999 NorthWest Grand Blvd.,    Oklahoma City, OK 73118-6051
13917709     +Midland Mortgage,   PO Box 268888,    Oklahoma City, OK 73126-8888
13932877     +PNC BANK,   N/A,   P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13917710     +PNC Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13960084     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2020 03:18:11
               Capital One Auto Finance,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2020 03:18:11
               Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
               Arlington, TX 76006-1347
13924373       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:18:18      CACH, LLC,
               PO Box 10587,   Greenville, SC  29603-0587
14229831      +E-mail/Text: bankruptcy@consumerportfolio.com Jan 31 2020 03:16:15
               CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13917707      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 31 2020 03:17:45
               Capital One Auto Finance,    PO Box 259407,   Plano, TX 75025-9407
14763875      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2020 03:18:22
               Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
               Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
14376688      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2020 03:17:38
               Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
13940376      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 31 2020 03:18:18
               Capital One Auto Finance, a Division of Capital On,    PO Box 9013,    Addison, Texas 75001-9013
13981573       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 31 2020 03:17:27      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13963338       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:17:39
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13920975       E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2020 03:15:39
               Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr              MidFirst Bank
cr              Pittsburgh Water & Sewer Authority
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jfur                 Page 2 of 2                   Date Rcvd: Jan 30, 2020
                               Form ID: 408               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Karina Velter    on behalf of Creditor    PNC BANK N.A. amps@manleydeas.com
        Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jschwartz@mesterschwartz.com
        Lawrence W. Willis    on behalf of Debtor John J. Malezi ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 9