**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN J. MALEZI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-23618 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/05/2014 and confirmed on 10/31/14 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,402.00 |
| Less Refunds to Debtor | 819.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,582.12 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 2,931.55 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,431.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST* | 0.00 | 23,542.01 | 0.00 | 23,542.01 |
|     Acct: 3432 | | | | |
|   PNC BANK NA | 0.00 | 12,609.74 | 0.00 | 12,609.74 |
|     Acct: 9175 | | | | |
|   PNC BANK NA | 2,078.68 | 2,078.68 | 0.00 | 2,078.68 |
|     Acct: 9175 | | | | |
|   MIDFIRST* | 1,754.89 | 1,754.89 | 0.00 | 1,754.89 |
|     Acct: 3432 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0832 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H160 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 3,694.58 | 3,694.58 | 547.88 | 4,242.46 |
|     Acct: 2136 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 16,876.64 | 0.00 | 16,876.64 |
|     Acct: 1431 | | | | |
| | | | | 61,104.42 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN J. MALEZI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN J. MALEZI | 617.00 | 617.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN J. MALEZI | 202.88 | 202.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6/19 | | | | |
|   LAWRENCE W WILLIS ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   CACH LLC/CACV/COLLECT AMERICA | 570.93 | 247.77 | 0.00 | 247.77 |

14-23618 JAD                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2127 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,075.56 | 466.75 | 0.00 | 466.75 |
| Acct: 2440 | | | | |
| MERRICK BANK | 516.50 | 224.15 | 0.00 | 224.15 |
| Acct: 0151 | | | | |
| CAPITAL ONE AUTO FINANCE** | 2,552.01 | 1,107.48 | 0.00 | 1,107.48 |
| Acct: 2136 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,046.15 |

| TOTAL PAID TO CREDITORS | | | | 63,150.57 |

TOTAL
CLAIMED            0.00
PRIORITY       7,528.15
SECURED        4,715.00

Date: 01/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JOHN J. MALEZI<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-23618 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                    Case No. 14-23618-JAD
John J. Malezi                                            Chapter 13
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0315-2      User: jfur              Page 1 of 2         Date Rcvd: Jan 30, 2020
                          Form ID: pdf900         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db             +John J. Malezi,    913 Woodbourne Ave,    Pittsburgh, PA 15226-2107
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13917708        Kay Jewelers,    175 Grant Rd,    Akron, OH 44333
13951168       +MIDFIRST BANK,    999 NorthWest Grand Blvd.,    Oklahoma City, OK 73118-6051
13917709       +Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
13932877       +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13917710       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13960084       +Pittsburgh Water & Sewer Authority,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2020 03:18:46
                 Capital One Auto Finance,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2020 03:17:39
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13924373        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:18:55     CACH, LLC,
                 PO Box 10587,    Greenville, SC  29603-0587
14229831       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 31 2020 03:16:15
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13917707       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 31 2020 03:18:19
                 Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
14763875       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2020 03:18:22
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14376688       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2020 03:18:48
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13940376       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 31 2020 03:17:45
                 Capital One Auto Finance, a Division of Capital On,    PO Box 9013,    Addison, Texas 75001-9013
13981573        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 31 2020 03:18:35     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13963338        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:17:41
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13920975        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2020 03:15:42
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr              MidFirst Bank
cr              Pittsburgh Water & Sewer Authority
                                                                                     TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jfur                  Page 2 of 2                   Date Rcvd: Jan 30, 2020
                               Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Karina   Velter    on behalf of Creditor    PNC BANK N.A. amps@manleydeas.com
        Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jschwartz@mesterschwartz.com
        Lawrence W. Willis    on behalf of Debtor John J. Malezi ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                              TOTAL: 9