| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John J. Malezi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9282** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–23618–JAD** | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John J. Malezi

<u>3/11/20</u>                                                       **By the court:**      <u>Jeffery A. Deller</u>
                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23618-JAD
John J. Malezi                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dpas                  Page 1 of 2              Date Rcvd: Mar 11, 2020
                               Form ID: 3180W              Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db             +John J. Malezi,    913 Woodbourne Ave,    Pittsburgh, PA 15226-2107
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13917708        Kay Jewelers,    175 Grant Rd,    Akron, OH 44333
13951168       +MIDFIRST BANK,    999 NorthWest Grand Blvd.,    Oklahoma City, OK 73118-6051
13917709       +Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
13932877       +PNC BANK,    N/A,    P O BOX 94982,    CLEVELAND   OHIO 44101-4982
13917710       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13960084       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:29:57      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: AISACG.COM Mar 12 2020 07:13:00      Capital One Auto Finance,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr             +EDI: AISACG.COM Mar 12 2020 07:13:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
13924373        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 03:31:54      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14229831       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 12 2020 03:30:39
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13917707       +EDI: CAPONEAUTO.COM Mar 12 2020 07:13:00      Capital One Auto Finance,    PO Box 259407,
                 Plano, TX 75025-9407
14763875       +EDI: AIS.COM Mar 12 2020 07:13:00      Capital One Auto Finance c/o AIS,
                 Portfolio Services, LP f/k/a AIS Data,    Services d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14376688       +EDI: AISACG.COM Mar 12 2020 07:13:00      Capital One Auto Finance,,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
13940376       +EDI: CAPONEAUTO.COM Mar 12 2020 07:13:00      Capital One Auto Finance, a Division of Capital On,
                 PO Box 9013,    Addison, Texas 75001-9013
13981573        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 12 2020 03:31:46      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13963338        EDI: PRA.COM Mar 12 2020 07:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13920975        EDI: Q3G.COM Mar 12 2020 07:13:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr              MidFirst Bank
cr              Pittsburgh Water & Sewer Authority
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
```

```
District/off: 0315-2          User: dpas              Page 2 of 2             Date Rcvd: Mar 11, 2020
                              Form ID: 3180W          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Karina Velter    on behalf of Creditor    PNC BANK N.A. amps@manleydeas.com
        Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jschwartz@mesterschwartz.com
        Lawrence W. Willis    on behalf of Debtor John J. Malezi ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                          TOTAL: 9

Case 14-23618-JAD    Doc 134    Filed 03/13/20    Entered 03/14/20 00:47:52    Desc
Imaged Certificate of Notice    Page 4 of 4