# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
JOHN J. MALEZI

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 14-23618 JAD

Chapter 13

Document No.: 126

FILED
3/11/20 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this 11th day of March, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-23618-JAD
John J. Malezi                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 2           Date Rcvd: Mar 11, 2020
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db         +John J. Malezi,   913 Woodbourne Ave,   Pittsburgh, PA 15226-2107
cr         +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13917708    Kay Jewelers,   175 Grant Rd,   Akron, OH 44333
13951168   +MIDFIRST BANK,   999 NorthWest Grand Blvd.,   Oklahoma City, OK 73118-6051
13917709   +Midland Mortgage,   PO Box 268888,   Oklahoma City, OK 73126-8888
13932877   +PNC BANK,   N/A,   P O BOX 94982,   CLEVELAND  OHIO 44101-4982
13917710   +PNC Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13960084   +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 03:31:49
             Capital One Auto Finance,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 03:31:49
             Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
             Arlington, TX 76006-1347
13924373     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 03:31:54    CACH, LLC,
             PO Box 10587,   Greenville, SC  29603-0587
14229831    +E-mail/Text: bankruptcy@consumerportfolio.com Mar 12 2020 03:30:39
             CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13917707    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 12 2020 03:31:33
             Capital One Auto Finance,   PO Box 259407,   Plano, TX 75025-9407
14763875    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2020 03:32:21
             Capital One Auto Finance c/o AIS,   Portfolio Services, LP f/k/a AIS Data,
             Services d/b/a/ Ascension Capital Group,   4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
14376688    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 03:31:49
             Capital One Auto Finance,,   c/o Ascension Capital Group,   P.O. Box 201347,
             Arlington, TX 76006-1347
13940376    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 12 2020 03:31:33
             Capital One Auto Finance, a Division of Capital On,   PO Box 9013,   Addison, Texas 75001-9013
13981573     E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 12 2020 03:31:30    MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13963338     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2020 03:31:51
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13920975     E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2020 03:29:53
             Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             MIDFIRST BANK
cr             MidFirst Bank
cr             Pittsburgh Water & Sewer Authority
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com

```
District/off: 0315-2            User: dpas               Page 2 of 2               Date Rcvd: Mar 11, 2020
                                Form ID: pdf900          Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina  Velter    on behalf of Creditor    PNC BANK N.A. amps@manleydeas.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jschwartz@mesterschwartz.com
          Lawrence W. Willis    on behalf of Debtor John J. Malezi ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```